STATE OF NEW JERSEY v. EDWIN R. FUCHS.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY VERONE.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LLOYD G. JACKSON.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SCOTT, JR.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER MATTHEWS.

Nov. 20, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DONALD LASTER.

Nov. 20, 1979.   Petition for certification denied.